Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Civil Division

FILED BY ___PG___ D.C.

SEP - 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

|  |  |
|---|---|
| Dawud Canaan Sturrup Gabriel | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| Kevin K. McAleenan, Acting Secretary, U.S. Department of Homeland Security (Transportation Security Administration) | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dawud Canaan Sturrup Gabriel |
| Street Address | 1307 Thurston Avenue |
| City and County | Sebring, Highlands County |
| State and Zip Code | Florida, 33870 |
| Telephone Number | (561) 398-3829 |
| E-mail Address | esgabeman@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kevin K. McAleenan |
| Job or Title *(if known)* | Acting Secretary, U.S. Department of Homeland Security (DHS) |
| Street Address | 1000 James L. Turnage Blvd, Suite #A124 |
| City and County | West Palm Beach, Palm Beach |
| State and Zip Code | Florida, 33406 |
| Telephone Number | (561) 616-9650 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

<table>
<tr><td>E-mail Address <em>(if known)</em></td><td>N/A</td></tr>
</table>

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Court has jurisdiction under 42 U.S.C. § 2000e-5 & 42 U.S.C. § 2000e-16(c) to hear this case. The Plaintiff received the Equal Employment Opportunity Commission, Office of Federal Operations, Final Order on June 15, 2019. The Defendant is located within this judicial district, as well as the location of where the Plaintiff's personnel records are maintained.

The plaintiff, *(name)*   N/A                                      , is a citizen of the

State of *(name)*   N/A                              .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*   N/A                                      , is incorporated

under the laws of the State of *(name)*     N/A                                      ,

and has its principal place of business in the State of *(name)*

N/A                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*     N/A                                  , is a citizen of

the State of *(name)*       N/A                              . Or is a citizen of

*(foreign nation)*  N/A                              .

      b.    If the defendant is a corporation

          The defendant, *(name)*    N/A           , is incorporated under
the laws of the State of *(name)*    N/A           , and has its
principal place of business in the State of *(name)*    N/A       .
Or is incorporated under the laws of *(foreign nation)*    N/A       ,
and has its principal place of business in *(name)*    N/A       .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          N/A

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Count One: Disability Discrimination

**Claim #1.** At the time of the events giving rise to this claim, Gabriel was employed by the Defendant as a Transportation Security Officer, at Palm Beach International Airport in West Palm Beach, Florida. On June 25, 2014, Charles "Jim" Bates, Gabriel's former first-level supervisor, issued Gabriel a discriminative Letter of Counseling, disciplining him for not completing a new local policy's technique to verify airline passengers' boarding passes, that was enacted in April 2014. The new local policy required Gabriel to circle several aspects of every paper airline boarding pass (i.e. selectees (individuals selected for additional screening) airport, name, and date), and if not selected, write "NS" in a circle, write his initials in block (capital) letters, visually check all paper and electronic airlines' boarding passes, and then scan all paper and electronic airlines' boarding passes via a Boarding Pass Scanning System. Gabriel was also disciplined for not staying within his assigned security lane, along with other issues. Gabriel suffers from Attention Deficit Hyperactivity Disorder (ADHD), Attention Deficit Disorder (ADD), and Anxiety Disorder, substantial limits to the "concentrating" major life activity. Gabriel was also a qualified individual with a disability. On May 22, 2014, Gabriel informed Mr. Bates of his disability of ADHD when switching to Mr. Bates' security team. Gabriel also informed Mr. Bates of the adverse symptoms he experienced from ADHD when utilizing the new local policy's technique, such as second-guessing, nervousness, and agitation. Prior to June 25, 2014, Mr. Bates allowed Gabriel not to utilize the technique of the new local policy. The issuance of the Letter of Counseling was unwarranted and was issued specifically to target Gabriel's medical condition of ADHD. The issuance of the Letter of Counseling caused Gabriel emotional distress/mental anguish (harm), violating 29 U.S.C. §§ 791 & 794.

(Additional claims are attached (165 total)).

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Gabriel is requesting to be made whole for his administrative claim. The Plaintiff is seeking compensatory damages of $300,000.00 PER CLAIM for emotional distress/mental anguish pain and suffering, loss of wages, loss of benefits, eviction from home, repossession of personal vehicle, loss of social life, and lowering of credit score. The Plaintiff is also requesting to be reinstated to his former position as a Transportation Security Officer.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              September 5, 2019

Signature of Plaintiff
Printed Name of Plaintiff      Dawud Canaan Sturrup Gabriel

### B.      For Attorneys

Date of signing:              N/A

Signature of Attorney         N/A
Printed Name of Attorney      N/A
Bar Number                    N/A
Name of Law Firm              N/A
Street Address                N/A
State and Zip Code            N/A
Telephone Number              N/A
E-mail Address                N/A